JPML FORM 1A                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 317  --  IN RE SUNDSTRAND DATA CONTROL, INC. PATENT LITIGATION          P. 1

| Date | No. Code | |
|------|----------|---|
| 8/11/77 | | ORDER TO SHOW CAUSE WHY ALL ACTIONS SHOULD NOT BE TRANSFERRED TO A SINGLE DISTRICT -- A-1, A-2, A-3 A-4 UNDER 28 U.S.C. §1407 --Notified counsel and judges. |
| 8/19/77 | | APPEARANCE Charles E. Pfund, esquire for Bendix Corp., Delta Air Lines, Inc., and Northwest Airlines, Inc. Morris Relson, Esq. for Allegheny Airlines, Inc. Transworld Airlines, Inc., United Airlines, Inc. Rockwell International Corp. William Poms, Esq. for Litton Systems, Inc., American Airlines, Inc. Walther E. Wyss, Esq. for Sundstrand Data Control, Inc. and Sundstrand Corp. |
| 8/25/77 | | REQUEST FOR EXTENSION  --Counsel for Rockwell and Allegheny, TransWorld and United and counsel for Sundstrand Data GRANTED TO ALL to and including August 31, 1977 |
| 8/26/77 | | HEARING ORDER -- Setting a-1, A-2, A-3 and A-4 for hearing, September 30, 1977 Boston, Massachusetts. |
| 8/31/77 | 1 | MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE -- Litton Systems and American Airlines, Inc. w/cert. of service. |
| 8/31/77 | 2 | RESPONSE TO SCO -- The Bendix Corp., et al. w/cert. of svc. |
| 9/1/77 | 3 | RESPONSE  -- Sundstrand Data Control Inc., and Sundstrand Corp. w/cert. of service. |
| 9/1/77 | 4 | RESPONSE -- Rockwell International Corp., et al. w/cert. of svc. (to SCO) |
| 9/8/77 | | AMENDMENT TO SHOW CAUSE ORDER AND HEARING ORDER to add B-1 Notified involved counsel, involved judges |
| 9/8/77 | 5 | REPLY -- Litton Systems, Inc., and American Airlines, w/cert. of service |
| 9/9/77 | 6 | REPLY  -- Sundstrand Data Control, Inc. and  Sundstrand Corp. w/cert. of service |
| 9/9/77 | 7 | REPLY -- Rockwell Corp. w/cert. of service |
| 9/19/77 | 8 | MOTION, BRIEF, Cert. of Service -- BENDIX CORP., DELTA AIRLINES, INC., NORTHWEST AIRLINES, INC. to Add B-1 |
| 9/19/77 | 9 | MOTION TO ADD B-2 TO LITIGATION -- LITTON SYSTEMS, INC. AND AMERICAN AIRLINES W/cert. of service |
| 9/20/77 | | ORDER CONTINUING HEARING SCHEDULED FOR SEP. 30, 1977 -- Notified Counsel, Involved Judges |
| 9/30/77 | | CERTIFICATES OF SERVICE INDICATING SERVICE UPON B-2 Plaintiff Ralph A. Astengo -- Responses Numbers 2 and 8, (BENDIX, ET AL.) Responses Numbers 1 and 5 (LITTON SYSTEMS, INC. and AMERICAN AIRLINES, INC.)  Responses Numbers 3 and 6 (SUNDSTRAND DATA CONTROL, INC. and SUNDSTRAND CORP.) |
| 10/4/77 | 10 | OPPOSITION TO MOTION -- Sundstrand Data Control, Inc., et al. w/cert. of svc |
| 10/7/77 | | HEARING ORDER -- setting A-1 thru A-4 and B-1 and B-2 for hearing, Oct. 28, 1977 in New York City. |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. _____--_____

| Date | No. Code | |
|------|----------|---|
| 10/11/77 | 11 | SUPPLEMENTAL BRIEF -- Litton and American w/cert. of svc. |
| 10/26/77 | 12 | RESPONSE -- RALPH A. ASTENGO w/cert. of service |
| 1/27/78 | | CONSENT OF TRANSFEREE COURT -- assigning litigation to the Honorable James M. Fitzgerald in the Western District of Washington ~~to handle litigation~~ for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| | | DESIGNATION OF DISTRICT JUDGE ATTACHED TO CONSENT. (ea) |
| 1/27/78 | | OPINION AND ORDER -- transferring A-1, A-2, A-3, A-4, and B-1 to the W. D. Washington for coordinated or consolidated pretrial processing under 28 U.S.C. §1407. (ea) |

DOCKET NO. __317__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*1/16/81*

CAPTION: IN RE SUNDSTRAND DATA CONTROL, INC. PATENT LITIGATION

| | Summary of Panel Actions |
|---|---|

Date(s) of Hearing(s) **10/28/78** ___

Consolidation Ordered **1/27/78** ___    Consolidation Denied ___

Opinion and/or Order **1/27/78** ___

Citation **443 F.Supp. 1019** ___

Transferee District __WESTERN DISTRICT OF WASHINGTON__    Transferee Judge __JAMES M. FITZGERALD__ (D. Alas.)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sundstrand Data Control, Inc. v. The Bendix Corp., et al. | S.D.Fla Eaton | 76-6485-Civ-JE | 1/27/78 | 78-101 | 2/6/81 | |
| A-2 | Sundstrand Data Control, Inc. v. Allegheny Airlines, et al. | N.D. Ill McGarr | 76C4123 | 1/27/78 | 78-89 | 5/13/80 D | |
| A-3 | Sundstrand Data Control Inc. v. American Airlines, Inc., et al. | N.D. OK Cook | 76-C-564-C | 1/27/78 | 78-97 | 11/16/81 D | - |
| A-4 | Litton Systems, Inc. v. Sundstrand Data Inc. | N.D.OK Cook | 77-C-134-C | 1/27/78 | 78-90 | 5/13/80 ✓ | |
| B-1 | Rockwell International Corp., et al. v. Sundstrand Data Control, Inc. | N.D.Iowa McManus | C77-44 | 1/27/78 | 78-91 | 11/16/81 D | |
| B-2 | Ralph A. Astengo v. Sundstrand Data Control., Inc. | W.D.Wash Sharp | C77-164-S | | | Remanded 10/25/77 | Do Not Count |

July 1979 — 5 TR + Reg.
July 1980 — 2 Dis — 3 Reg.
July 1981 — Same
July 1982 — Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 317 -- IN RE SUNDSTRAND DATA CONTROL, INC. PATENT LITIGATION

THE BENDIX CORPORATION
DELTA AIR LINES, INC.
NORTHWEST AIRLINES, INC.
Charles E. Pfund, Esquire
Dike, Bronstein, Roberts
  Cushman & Pfund
75 Federal Street
Boston, Mass.  02110

ALLEGHENY AIRLINES, INC.
TRANSWORLD AIRLINES, INC.
UNITED AIRLINES, INC.
ROCKWELL INTERNATIONAL CORP.
Morris Relson, Esquire
Darby & Darby, P.C.
405 Lexington Avenue
New York, N. Y.  10017

LITTON SYSTEMS, INC.
AMERICAN AIRLINES, INC.
William Poms, Esquire
Poms, Smith, Lande & Glenny
1888 Century Park East
Los Angeles, Calif. 90067

SUNDSTRAND DATA CONTROL, INC.
SUNDSTRAND CORPORATION
Walther E. Wyss, Esquire
Mason, Kolehmainen, Rathburn
  & Wyss
20 North Wacker Drive
Chicago, Illinois  60606

RALPH A. ASTENGO (B-1)
Evan E. Inslee, Esquire
Inslee, Best, Chapin & Doezie
203 Cascade Building
855 106th Street, N.E.
Bellevue, Washington  98004

JPML FORM 3

p.   1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  317 __  IN RE  SUNDSTRAND DATA CONTROL, INC. PATENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| THE BENDIX CORP. | A-1 |
| DELTA  AIR LINES, INC. | A-1 |
| NORTHWEST AIRLINES, INC. | A-1 |
| COLLINS RADIO CO. | A-2 |
| ALLEGHENY AIRLINES | A-2 |
| TRANS WORLD AIRLINES, INC. | A-2 |
| UNITED AIRLINES, INC. | A-2 |
| SUNDSTRAND CORP., INC. | A-3 |
| SUNDSTRAND DATA CONTROL | A-4 |
| AMERICAN AIRLINES, INC. | A-3 |
|  |  |